# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

10/26/11

#8458
× 0.67
10/26/11
MT

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

    Re:    <u>MILLER, GARY L.</u>    / Case # <u>10-21513</u>
              Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $<u>0.67</u>. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    <u> X </u>    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

              Reliant Community Federal
Claimant  <u>Credit Union</u>        Amount $ <u>0.67</u>        Claim Register #   <u>3</u>

                                             /s/ Douglas J. Lustig
                                             DOUGLAS J. LUSTIG
                                             Trustee

*FILED 11 OCT 26 PM 3:55 U.S. BANKRUPTCY COURT WDNY-ROCHESTER*

1600 Crossroads Building    585 232 3730
Two State Street    FAX 585 232 3882    CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1390    www.cdog.com